**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
KIERAN KELLY, :
:
                Plaintiff, :    No. 18-CV-12214 (ALC) (OTW)
:
       -against- :    **ORDER**
:
TANVIR CHOUDHRI M.D., et al., :
:
                Defendants, :
:
---------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Status Conference originally scheduled for Tuesday, March 17, 2020 is hereby converted to a Status Call. Please call Chambers at 212-805-0260 when all parties are on the line.

**SO ORDERED.**

Dated: March 12, 2020
      New York, New York

                                            *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                            United States Magistrate Judge