**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

KIERAN KELLY,

                      Plaintiff,          No. 18-CV-12214 (ALC) (OTW)

      -against-                     **ORDER**

TANVIR CHOUDHRI M.D., et al.,

                      Defendants,

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Call in this matter on March 17, 2020. By March 31, 2020, Plaintiff shall convey a settlement demand to Defendants. By April 7, 2020, the parties shall file a joint status letter.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: March 17, 2020                         **Ona T. Wang**
       New York, New York             United States Magistrate Judge