**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
KIERAN KELLY,
:
:
                     Plaintiff,    :    No. 18-CV-12214 (ALC) (OTW)
:
      -against-                       :    **ORDER**
:
TANVIR CHOUDHRI M.D., et al.,
:
:
                    Defendants,
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On March 17, 2020, the Court ordered that parties file a joint status letter by April 7, 2020. (ECF 66). On March 19, 2020, the Court ordered that parties file a joint proposed order with updated discovery deadlines per ECF 67 by March 26, 2021. (ECF 67). Parties have not compiled with either order. Parties are directed to response to ECF 66 and ECF 67 by **May 5, 2020** or this Court may recommend that this action be dismissed for failure to prosecute.

**SO ORDERED.**

                                                                    _s/ Ona T. Wang_

Dated: April 28, 2020                                     **Ona T. Wang**
       New York, New York                      United States Magistrate Judge