**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
KIERAN KELLY,             :
                          :
        Plaintiff,   :    18-CV-12214 (ALC) (OTW)
                          :
        -against-   :    **ORDER**
                          :
TANVIR CHOUDHRI M.D., et al., :
                          :
        Defendants.  :
                          :
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties are directed to submit a joint status letter on **December 14, 2020** regarding discovery. Plaintiff is warned that failure to participate in discovery may result in a recommendation of dismissal for failure to prosecute. Defendants may request that the Court apportion costs pursuant to Rule 30(d)(2) by submitting a pre-motion conference letter in accordance with the Court's Individual Practices also by **December 14, 2020**.

Defendants' letter notes that they are serving the *pro se* Plaintiff by "email and ECF." Plaintiff has not signed up for ECF notifications. Accordingly, Defendants are directed to mail a copy of all filings it has not already mailed to Plaintiff at the address on the docket within three days of this Order and file proof of service on the docket. Further, going forward, Defendants shall serve Plaintiff by mail and email.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: December 7, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge