**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
KIERAN KELLY,                                              :
:
Plaintiff,       :        No. 18-CV-12214 (ALC) (OTW)
:
-against-            :        **ORDER**
:
TANVIR CHOUDHRI M.D., et al.,                             :
:
Defendants,      :
:
-----------------------------------------------------------x

    **ONA T. WANG, United States Magistrate Judge:**

    Under Rule 30(d)(2), the court "may impose an appropriate sanction – including the reasonable expenses and attorney's fees incurred by any party – on a person who impedes, delays, or frustrates the fair examination of the deponent. Fed. R. Civ. P. 30(d)(2). Defendants seek recovery of transcript costs associated with Plaintiff's deposition, totaling $1,688.80. (ECF 104).

    For the reasons stated in ECF 105, the May 24, 2021 Report and Recommendation, I find that the Plaintiff has impeded and frustrated his examination by Defendants by, *inter alia*, causing the deposition to be repeatedly rescheduled, providing non-responsive narratives, and attacking the character of Defendants and Defendants' counsel. Accordingly, I **GRANT** Defendants' request for $1,688.80 in costs. This Order is **STAYED** pending the District Court's review of the Report and Recommendation, which recommends dismissal of the action with prejudice, a far greater sanction than costs.

    Defendants are directed to email a copy of this Order to the *pro se* Plaintiff and file proof of service within three days of this Order.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff and close

ECF 92, 97, and 104.

**SO ORDERED.**

_s/  Ona T. Wang_

Dated:  May 24, 2021                                                    **Ona T. Wang**
      New York, New York                       United States Magistrate Judge